**Order entered March 14, 2022**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00818-CR

**CHRISTOPHER JAMES HOLDER, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 416th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 416-80782-2013**

## ORDER

This case has been remanded to this Court from the Texas Court of Criminal Appeals. Appellant shall file a supplemental brief or written waiver of further briefing no later than April 4, 2022, and the State shall file its supplemental brief or written waiver of further briefing no later than April 25, 2022.

/s/    LANA MYERS
        JUSTICE